United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| Crystal Manning, et al. | § § | |
| *versus* | § § | Civil Action 4:24−cv−01573 |
| Harris County | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __3__ Days      Jury: __X__   Non-Jury: _____

1. (a) **NEW PARTIES** shall be joined by:                                    12/27/24
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:     1/10/25

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     3/14/25

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     4/11/25

4. DISCOVERY must be completed by:     5/9/25
   (Due at least two weeks before motions deadline)
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:     5/27/25
   (Due 90 days prior to Trial)

6.    JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:     8/18/25
(The Court will fill in this date)     (Due the Monday before trial)

7.    TRIAL will begin at 9:00 a.m.     8/25/25
(The Court sets a firm trial date)     (15 Months from the date case filed)

 

6/18/2024

Date

                                                Keith P. Ellison
                                       United States District Judge

6/18/24                               /s/ Gregory Burnett

Date                                      Counsel for Plaintiff(s)

6/18/24                               /s/ Jason M. Byrd (by permission)

Date                                      Counsel for Defendant(s)